IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEX D. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:11-CV-3416-M (BH) |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Plaintiff's Motion for Summary Judgment*, filed February 23, 2012.  No objections were filed.  The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error.  Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Plaintiff's Motion for Summary Judgment*, filed February 23, 2012, is **GRANTED**.  The case is remanded to the Commissioner for reconsideration.

SIGNED this 29th day of March, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS